**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  14-cv-01852-WJM

STEPHANIE YOLANDA SANDOVAL,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Vacating

And Remanding Decision Of The Administrative Law Judge, entered by the Honorable

William J. Martínez, United States District Judge, on July 14, 2015,

IT IS ORDERED that Defendant's final decision is VACATED and the case is

REMANDED for further proceedings.

Dated at Denver, Colorado this   15th   day of July 2015.


                        BY THE COURT:
                        JEFFREY P. COLWELL, CLERK


                        By:   s/Deborah Hansen
                        Deborah Hansen, Deputy Clerk